LATHAM & WATKINS LLP
Alexander C.K. Wyman (Cal. Bar No. 295339)
  alex.wyman@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Serrin Turner (*pro hac vice forthcoming*)
  serrin.turner@lw.com
Matthew P. Valenti (*pro hac vice forthcoming*)
  matthew.valenti@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant*
*Whaleco Inc., d/b/a Temu*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA JONES, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WHALECO, Inc., d/b/a TEMU; PDD Holdings, Inc., f/k/a PINDUODOU Inc.; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-07406-CAS-RAO<br><br>**DEFENDANT WHALECO INC.'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3** |

Pursuant to Local Rule 83-1.3, Defendant Whaleco Inc., d/b/a Temu ("Temu") files this Notice of Related Cases to inform the Court of 11 actions in this Court that present similar questions of law and fact to the above-captioned matter:

1. *In re: Whaleco Inc. Malware Litigation*, No. 2:25-cv-04651-MRA-MAA ("Consolidated Action");
2. *Hanna Yoseph, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07390 ("*Yoseph*");
3. *Kelvin Gray, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07394 ("*Gray*");
4. *Kenneth Brown, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07399 ("*Brown 1*");
5. *Mary Moore, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07403 ("*Moore*");
6. *Ashwin Jacob, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07464 ("*Jacob*");
7. *Bernard Headspeth, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07466 ("*Headspeth*");
8. *Jafaar Baseer, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07467 ("*Baseer*");
9. *Jessica Calderon, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07468 ("*Calderon*");
10. *Patrick Perry, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07469 ("*Perry*");
11. *Taumaia Brown, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07470 ("*Brown 2*" and collectively with *Yoseph*, *Gray*, *Brown 1*, *Moore*, *Jacob*, *Headspeth*, *Baseer*, *Calderon*, *Perry*, and the instant action, the "*Temu Matters*").

Local Rule 83-1.3 provides that a notice shall be filed and served on all parties when two or more civil cases filed in the Central District of California appear to:

"(a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." (L.R. 83-1.3.1.)

On or around March 24, 2025, counsel for Plaintiffs filed eight identical complaints in the Superior Court of the State of California, County of Los Angeles. These Complaints were each brought on behalf of approximately 975-985 Plaintiffs. Relying on the same third-party short seller report (*see* https://grizzlyreports.com/we-believe-pdd-is-a-dying-fraudulent-company-and-its-shopping-app-temu-is-cleverly-hidden-spyware-that-poses-an-urgent-security-threat-to-u-s-national-interests/), Plaintiffs in each of these actions allege that the Temu app—an "online shopping app"—accesses users' phones and collects their data. *See, e.g.*, Dkt. 1-1 at ¶¶ 30, 44-48. Plaintiffs in each case also allege in an identical manner that Temu uses unfair business practices to get consumers to sign up and use the app. *Id.* at ¶ 64. Based on these allegations, Plaintiffs in each case bring causes of action under the (1) Electronic Communications Privacy Act of 1986 18 U.S.C. §§ 2510 *et seq.*, (2) Computer Fraud and Abuse Act, 18 U.S.C. § 1030, (3) California Comprehensive Data Access and Fraud Act, Cal. Penal Code § 502, (4) California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 630 *et seq.*, (5) California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*, (6) California False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*, (7) right of privacy under the California Constitution, and (8) right against intrusion upon seclusion.

On or about May 22, 2025, Temu properly removed those eight cases to the United States District Court for the Central District of California. On July 2, 2025, those eight cases were deemed related and transferred to the Honorable Judge Monica Ramirez Almadani presiding over the lowest numbered case of those eight. On July 11, 2025, those eight cases were consolidated into a Consolidated Action,

*In re: Whaleco Inc. Malware Litigation*, before the Honorable Judge Monica Ramirez Almadani. Ord., *In re: Whaleco Inc. Malware Litigation*, No. 2:25-cv-04651-MRA-MMA (C.D. Cal. July 11, 2025), Dkt. 20.

Subsequently, between May 27, 2025 and June 20, 2025, counsel for Plaintiffs filed an additional 11 actions in state court (the *Temu Matters* listed above). These complaints, brought on behalf of approximately 10,815 Plaintiffs, rely on the same third-party short seller report (*see* https://grizzlyreports.com/we-believe-pdd-is-a-dying-fraudulent-company-and-its-shopping-app-temu-is-cleverly-hidden-spyware-that-poses-an-urgent-security-threat-to-u-s-national-interests/) as the cases previously consolidated and bring the same allegations related to Temu. Temu received service of those complaints on July 8 and July 9, 2025; Temu accepted service for these 11 additional complaints on July 25, 2025, via email correspondence with counsel for Plaintiffs.

Between August 8 and August 11, 2025, Temu filed notices of removal in the eleven cases filed on July 8 and July 9, 2025 to the United States District Court for the Central District of California, immediately prior to filing this notice of related cases pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446. These are now the full set of *Temu Matters* before this Court. Plaintiffs have not yet served PDD Holdings, Inc. in any of the *Temu Matters* or the Consolidated Action.

The complaints in each of these cases are substantively identical to those in the Consolidated Action, as well as each other, and therefore, by default arise from the same or closely related events and call for a determination of substantially related or similar questions of law or fact. Having these cases related will significantly promote judicial economy and minimize the risk of inconsistent rulings. Accordingly, the present action, as well as the other *Temu Matters*, are subject to the consolidation order in the Consolidated Action. Ord., *In re: Whaleco Inc. Malware Litigation*, No. 2:25-cv-04651-MRA-MMA, at 2 (C.D. Cal. July 11, 2025), Dkt. 20.

A similar notice of related cases has been filed in the other ten *Temu Matters* in order to have those cases related to the Consolidated Action. The present action, as well as the ten additional cases, will also be subject to a fully-briefed motion to dismiss that is pending in the Consolidated Action, once all eleven additional cases are consolidated into the *In re: Whaleco Inc. Malware Litigation* Consolidated Action.

Accordingly, Temu respectfully requests that the Court deem this case related to the Consolidated Action and the other *Temu Matters* pursuant to Local Rule 83-1.3.1, also transfer this case to the Honorable Judge Monica Ramirez Almadani, and consolidate this case into the *In Re: Whaleco Inc. Malware Litigation* Consolidated Action.

Dated: August 13, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Alexander C.K. Wyman*
    Alexander C.K. Wyman
      alex.wyman@lw.com
    355 South Grand Avenue, Suite 400
    Los Angeles, CA 90071
    Telephone: +1.213.485.1234
    Facsimile: +1.213.891.8763

Serrin Turner (*pro hac vice forthcoming*)
    serrin.turner@lw.com
Matthew P. Valenti (*pro hac vice forthcoming*)
    matthew.valenti@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant Whaleco Inc., d/b/a Temu*